AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

COLE MATNEY and PAUL WATTS, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

BARRICK GOLD OF NORTH AMERICA, INC.; BOARD OF DIRECTORS OF BARRICK GOLD OF NORTH AMERICA, INC.; and BARRICK U.S. SUBSIDIARIES BENEFITS COMMITTEE,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-275-TC-CMR

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants and the case is dismissed with prejudice.

April 21, 2022
_Date_

BY THE COURT:

_/s/ Tena Campbell_
Tena Campbell
United States District Court Judge