**Notice of Appeal to a Court of Appeals**
**From a Judgment of a District Court**

United States District Court for the
District of Utah
Docket Number 2:20-cv-275-TC-CMR

| | |
|---|---|
| Cole Matney and Paul Watts, Individually and on behalf of All other similarly situated, <br><br>　　　　　　　Plaintiffs <br><br> v. <br><br> Barrick Gold of North America, Inc., Board of Directors of Barrick Gold of North America, Inc., Barrick U.S., Subsidiaries Benefits Committee, <br>　　　　　　　Defendants | Notice of Appeal |

　　　　Cole Matney and Paul Watts appeal to the United States Court of Appeals for the Tenth Circuit from the Order and final judgment entered on April 21, 2022 (see attachments Exhibits A and B). Plaintiffs filed a motion for reconsideration of the Order on May 19, 2022, pursuant to FED. R. CIV. P. 59(e), ECF No. 63. Briefing on the motion is not yet complete and no order has issued yet. To the extent necessary to state so, Plaintiffs ask to stay the pending appeal until resolution of the motion for reconsideration.

　　　　　　　　　　　　　　　　　　　　/s/ *Mark K. Gyandoh*
　　　　　　　　　　　　　　　　　　　　Mark K. Gyandoh, Esquire
　　　　　　　　　　　　　　　　　　　　Capozzi Adler, P.C.
　　　　　　　　　　　　　　　　　　　　312 Old Lancaster Road
　　　　　　　　　　　　　　　　　　　　Merion Station, PA  19066
　　　　　　　　　　　　　　　　　　　　Telephone: (610) 890-0200
　　　　　　　　　　　　　　　　　　　　Fax: (717) 233-4103
　　　　　　　　　　　　　　　　　　　Markg@capozziadler.com
　　　　　　　　　　　　　　　　　　　*Attorney for* Plaintiff