FILED
United States Court of Appeals
Tenth Circuit

May 20, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

COLE MATNEY, individually and on behalf of all others similarly situated, et al.,

Plaintiffs - Appellants,

v.

BARRICK GOLD OF NORTH AMERICA, et al.,

Defendants - Appellees.

No. 22-4045
(D.C. No. 2:20-CV-00275-TC)
(D. Utah)

---

## ORDER

---

This matter is before the court *sua sponte*. A review of Appellants' notice of appeal and the district court docket has revealed a pending Fed. R. Civ. P. 59(e) motion for reconsideration filed within 28 days after entry of the order and judgment being appealed. *See* Doc. No. 63. As a result, the notice of appeal will not become effective until the district court enters an order disposing of the motion. *See* Fed. R. App. P. 4(a)(4)(B) & 4(a)(4)(A)(iv). Accordingly, this appeal is ABATED. However, the deadlines for filing the preliminary documents remain in effect.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Candice Manyak
Counsel to the Clerk