FILED<br>
United States Court of Appeals<br>
Tenth Circuit<br>
<br>
**June 22, 2022**<br>
<br>
Christopher M. Wolpert<br>
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

COLE MATNEY, individually and on behalf of all others similarly situated, et al.,

    Plaintiffs - Appellants,

v.

BARRICK GOLD OF NORTH AMERICA, et al.,

    Defendants - Appellees.

No. 22-4045
(D.C. No. 2:20-CV-00275-TC)
(D. Utah)

_____

### ORDER
_____

This matter is before the court on receipt of the district court's June 21, 2022 Order. (ECF No. 71.) By way of background, this court abated the appeal in its order entered May 20, 2022, pending the district court's disposition of Plaintiffs' Fed. R. Civ. P. 59(e) Motion for Reconsideration of the Court's April 21, 2022 Order and Opinion (the "Motion to Reconsider"). The district court's June 21, 2022 Order denied the Motion to Reconsider. With the reason for abating this appeal resolved, the abatement is lifted, and regular proceedings will resume.

On June 7, 2022, the district court notified this court and the parties that the record was complete for purposes of this appeal. *See* 10th Cir. R. 31.1(A). Therefore, the appellants shall file and serve their opening brief and appendix within 40 days from the

date of this order. Subsequent briefing will proceed in accordance with Federal Rule of

Appellate Procedure 31.

                                                Entered for the Court
                                                CHRISTOPHER M. WOLPERT, Clerk

                                                by: Lara Smith
                                                    Counsel to the Clerk